In the Matter of Robin L. Brack, Appellant, v Theodore Reid, as Superintendent of the Albion Correctional Facility, Respondent.—Appeal unanimously dismissed, without costs, as moot. (See *Matter of Mullins v State Bd. of Parole,* 43 AD2d 382, app dsmd 35 NY2d 992; *Foote v Flood,* 44 AD2d 566, app dsmd 34 NY2d 803.) (Appeal from judgment of Supreme Court, Wyoming County, denying petition for relief in article 78 proceeding.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.

In the Matter of Michael Lamica, Appellant, v Harold J. Smith, as Superintendent of the Attica Correctional Facility, Respondent.—Appeal unanimously dismissed, without costs, as moot. (See *Matter of Mullins v State Bd. of Parole,* 43 AD2d 382, app dsmd 35 NY2d 992; *Foote v Flood,* 44 AD2d 566, app dsmd 34 NY2d 803.) (Appeal from judgment of Supreme Court, Wyoming County, denying petition in article 78 proceeding.) Present —Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.